HYUNSUK ALBERT CHANG (SBN 206270)
Email: albertchang@aclawfirm.net
HECTOR HSU (SBN 323657)
Email: hhsu@aclawfirm.net
LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, CA 90248
Telephone: (310) 769-6836

Attorneys for Plaintiff
MINX INTERNATIONAL, INC., a California corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINX INTERNATIONAL, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SHEIN DISTRIBUTION CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 2:22-cv-02699-RSWL-MRW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)
- 1 -

PLEASE TAKE NOTICE that Plaintiff MINX INTERNATIONAL, INC., a California corporation ("Plaintiff"), pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), as well as the settlement agreement between the parties, hereby requests that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.

Dated: January 17, 2023      LAW OFFICES OF ALBERT CHANG

By: /s/ Hyunsuk Albert Chang
Hyunsuk Albert Chang
Attorneys for Plaintiff
MINX INTERNATIONAL, INC.

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 1225 W. 190th Street, Suite 420, Gardena, CA 90248.

On January 17, 2023, I served the following document(s) described as **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Nina D. Boyajian, Esq.
Email: boyajiann@gtlaw.com
Caroline Korpiel, Esq.
Email: korpielc@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Telephone: (310) 586-7700
Attorneys for Defendant Shein Distribution Corporation

[ X ] BY MAIL AS FOLLOWS: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepared at Gardena, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

[ X ] BY E-MAIL OR ELECTRONIC TRANSMISSION: I caused a copy of the document(s) to be sent from e-mail address albertchang@clawfirm.net and/or hhsu@aclawfirm.net to the persons at the e-mail address listed in the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]    BY OVERNIGHT MAIL: I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the persons at the addresses listed in the service list. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight carrier to receive documents.

[ X ]    STATE – I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 17, 2023, at Gardena, California.

/s/ Hyunsuk Albert Chang
Hyunsuk Albert Chang

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)
- 4 -